1018

Charles B. MARTIN, Appellant, v. Charles S. COFFEY, Receiver of First National Bank of Chattanooga, Appellee.

Mrs. Nannie MARTIN, Appellant, v. Charles S. COFFEY, Receiver of First National Bank of Chattanooga, Appellee (J. Buckner Fisher substituted for Chas. S. Coffey, Receiver).

Nos. 8011, 8012.

Circuit Court of Appeals, Sixth Circuit.
Nov. 13, 1939.

Thomas S. Myers, of Chattanooga, Tenn., for Chas. B. Martin and Mrs. Nannie Martin.

S. Bartow Strang, of Chattanooga, Tenn., for Chas. S. Coffey, receiver.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript, briefs and argument of counsel.

Upon consideration whereof, it is ordered and adjudged that the judgments appealed from be and the same are affirmed upon the authority of Silk v. Ake, 6 Cir., 83 F.2d 618, and Crawford v. Gamble, 6 Cir., 57 F.2d 15.

MISSOURI–KANSAS–TEXAS RAILROAD COMPANY v. Gladys MOORE.
No. 1971.

Circuit Court of Appeals, Tenth Circuit.
Nov. 24, 1939.

M. D. Green, of Oklahoma City, Okl., for appellant.

B. A. Hamilton and Roy V. Lewis, both of Tulsa, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, pursuant to stipulation.